■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS HARRIS, Appellant. [738 NYS2d 197] —Judgment, Supreme Court, Bronx County (Peter Benitez, J.), rendered May 14, 1999, convicting defendant, after a jury trial, of criminal possession of a weapon in the second degree, and sentencing him to a term of 7½ to 15 years, unanimously affirmed.

Defendant's challenges to the prosecutor's summation do not warrant reversal (*see, People v D'Alessandro*, 184 AD2d 114, 118-119, *lv denied* 81 NY2d 884). With respect to two of the three challenged remarks, the court sustained objections and provided curative instructions that were sufficient to prevent

any prejudice (*see, People v Santiago*, 52 NY2d 865). The remaining remark did not constitute an attack on defense counsel and did not deprive defendant of a fair trial.

We perceive no basis for a reduction of sentence. Concur—Mazzarelli, J.P., Ellerin, Lerner, Rubin and Marlow, JJ.